AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
Eastern Division

PHOTO EXCHANGE BBS, INC.,
d/b/a SouthernCharms.com, et al.,

        Plaintiffs,

## JUDGMENT IN A CIVIL CASE

v.

JONATHON D. SHELINE, et al.,

CASE NO. C2-10-566
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE E.A. PRESTON DEAVERS

        Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

Pursuant to the OPINION AND ORDER filed May 7, 2012, the Court enters JUDGMENT against the Shelines for $7,144,595.25. This case is CLOSED.

Date: May 7, 2012                                  JAMES BONINI, CLERK

                                                        */S/ Andy F. Quisumbing*
                                                        (By) Andy F. Quisumbing
                                                       Courtroom Deputy Clerk