Case: 2:10-cv-00566-EAS-EPD Doc #: 38 Filed: 10/01/12 Page: 1 of 2  PAGEID #: 473
Case: 2:10-cv-00566 PAGEID #:1
FILED
JAMES
CLERK
2012 OCT -1 PM 2: 45
U.S. DISTRICT COURT
SOUTHERN DIST, OHIO
EAST. DIV. COLUMBUS

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| PHOTO EXCHANGE BBS, INC. d/b/a | ) | CASE NO. 2:10-cv-566 |
| SouthernCharms.com, et al. | ) | Judge: Sargus |
| Plaintiffs | ) | Magistrate Judge Preston Deavors |
| v. | | |
| Jonathan D. Sheline, et al. | ) | **Motion for relief of Judgment or Order** |
| Defendants. | | Pursuant to FRCP 60 (b)(1) and FRCP 60 (b)(6) |

I, Jonathan Dale Sheline, and my wife, Jenny Rebecca Sheline, request the Honorable Court to grant us Relief from the monetary Judgment Order, pursuant to FRCP 60 (b)(1) and FRCP 60 (b)(6). We can never pay 7.2 million dollars as awarded in the court's ruling on 7 May 12. **Exhibit A**. We are attaching our taxes for years 2010 and 2011, attached as **Exhibit B** and **Exhibit C**.

When the plaintiff forced our clients to choose and leave us, it destroyed or ability to make a living and we lost everything we had of monetary value. We have nothing left except for a 1995 Nissan Maxima with 171 k miles on it and a 2001 Nissan Pathfinder with 141 k miles on it. The plaintiff has already filed with our county local courts. We're not hiding any property or assets as they will find out. We feel the plaintiff filed with our local courts to tarnish our names by linking us to their web site SouthernCharms.com, as listed in the online documents anyone can search. **Exhibit D.** We are trying to leave this business and industry after we both graduate in May 2013, with our bachelor's degrees in History and Communications.

This past month Plaintiff, Richard Atkinson emailed one of the John Doe's listed in the original lawsuit, Bountyhunter. Mr. Atkison boasted they knew who he was all along and listed his address, name, etc. He also said that they were not going to pursue legal actions against him; they got what they wanted. All information we had regarding Bountyhunter was given over to the courts as ordered but, it appears that the Plaintiffs had his information all along. The Plantiffs are bragging about their victory on their internal chat board/forum. They are using this case a means to bully other web sites into submission.

The Plaintiffs still have us listed on their Internal Restricted Sites List and continue to hurt our business. We don't regret standing up to the Plaintiffs for their bullying/intimidations tactics, but the way we went about trying to resolve the issues was wrong. One good thing did come out of all of this mess. This situation forced my wife and I to go back to school and finish our degrees.

We thank the Honorable Court in advance for its time and consideration in this matter.

Respectfully submitted,

*[signatures]*

Jonathan D. Sheline & Jenny R. Sheline

403 Spring St.

Lancaster, OH 43130.

P: (740) 409-4371

johnd@theshelines.com / jennyr@theshelines.com

2