Case: 2:10-cv-00566-EAS-EPD Doc #: 40 Filed: 06/25/13 Page: 1 of 1 PAGEID #: 523

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

PHOTO EXCHANGE BBS, INC. d/b/a
SouthernCharms.com, et al.,

    Plaintiffs,

v.

JONATHON D. SHELINE, et al.,

    Defendants.

Case No. 2:10-cv-566
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge E.A. Preston Deavers

### ORDER

This matter is presently before the Court on Defendants' Motion for Relief from Judgment. (Doc. No. 38.) For the reasons that follow, the Court **GRANTS IN PART** Defendants' motion. The Court declines to grant Defendants relief from default judgment, which has been properly entered against them. Defendants have provided no sufficient reason for the default judgment to be vacated. However, the Court **SCHEDULES AN ORAL HEARING ON DAMAGES for August 27, 2013 at 2:00 p.m.**, at which Plaintiffs shall appear and present evidence of the damages and attorney fees they request. *See* Fed. R. Civ. P. 55(b)(2)(B).

**IT IS SO ORDERED.**

\_\_6-25-2013\_\_
**DATE**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE